**Order entered July 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01371-CV

**KEITH WAGONER AND DARRON T. WILSON, Appellants**

**V.**

**DALLAS TEXAS, ET AL, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-13-31197**

## ORDER

Appellant Darron T. Wilson and appellees have filed their briefs. Appellant Keith Wagoner, who is appearing pro se, has not. By motion filed July 24, 2015, he explains a recent heart attack prevented him from meeting the briefing deadline and asks for additional time to file his brief. We **GRANT** the motion and **ORDER** Mr. Wagoner to file his brief no later than August 27, 2015. Appellees' brief in response to Mr. Wagoner's brief shall be filed within thirty days of the filing of Wagoner's brief.

/s/     CRAIG STODDART
         JUSTICE